UNITED STATES BANKRUPTCY COURT
Northern District of Illinois .  Western Division

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ERIC J. GULGREN | |
| SARAH E. GULGREN | CASE NO. 13-83573 |

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  Select Portfolio Servicing Inc.**                    **Court claim #: 4**

**Last four digits** of any number used to identify the debtor$ account: 4564

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $27,994.30 |
| Amount Paid by Trustee | $27,994.30 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐      Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders$ proof of claim on the debtor, debtor$ counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   3/19/19                         /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court$ ECF System at the email address registered with the Court on this 19th Day of March, 2019

Dated:  3/19/19                          /s/Cynthia K. Burnard

SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT 84165

SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

KLUEVER & PLATT LLC
65 E WACKER PLACE  STE 2300
CHICAGO, IL 60601

ERIC J. GULGREN
SARAH E. GULGREN
164 EAST END AVE.
CRYSTAL LAKE, IL  60014

ERIC PRATT LAW FIRM PC
5411 E. STATE STREET, SUITE 202
ROCKFORD, IL  61108