**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Eric J. Gulgren and Sarah E. Gulgren

Chapter 13 No.    13-83573

Judge    Thomas M. Lynch

Debtors

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 4, 2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Mark Johnson

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Suite 2600, Chicago, Illinois 60601 at 5:00 p.m. on April 4, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Mark Johnson
Mark Johnson ARDC# 6284911

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.0881

**SERVICE LIST**

Eric J. Gulgren and Sarah E. Gulgren
164 East End Ave
Crystal Lake, IL 60014

Lydia Meyer
Lydia Meyer - 13 Trustee
P.O. Box 14127
Rockford, IL 61105-4127

Sarah C Holbrook
Eric Pratt Law Firm
3957 North Mulford Rd Suite C
Rockford, IL 61114